COURTESY COPY - DO NOT SCAN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COLUMBIA MANAGEMENT ADVISORS, INC. )<br>and COLUMBIA FUNDS DISTRIBUTOR, INC., )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO.<br>NO. 04 DV 10367-GAO |

## NOTICE OF APPEARANCE ON BEHALF OF COLUMBIA MANAGEMENT ADVISORS, INC. AND COLUMBIA FUNDS DISTRIBUTOR, INC.

Steven W. Hansen and R. Scott Henderson of Bingham McCutchen LLP hereby notice their appearance as counsel for Defendants Columbia Management Advisors, Inc. and Columbia Funds Distributor, Inc. in this matter.

Respectfully submitted,

COLUMBIA MANAGEMENT ADVISORS, INC. AND COLUMBIA FUNDS DISTRIBUTOR, INC.

By their attorneys,

Steven W. Hansen (BBO# 220820)
R. Scott Henderson (BBO# 554821)
**Bingham McCutchen, LLP**
150 Federal Street
Boston, Massachusetts
(617) 951-8000
(617) 951-8736 (Facsimile)

Dated: March 22, 2004.

LITDOCS:542860.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon counsel for Plaintiff, Luke T. Cadigan, Esq., Securities and Exchange Commission, 73 Tremont Street, Suite 600, Boston, Massachusetts, by hand on March 22, 2004.

_____
Steven W. Hansen