COURTESY COPY - DO NOT SCAN

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COLUMBIA MANAGEMENT ADVISORS, INC. ) <br> and COLUMBIA FUNDS DISTRIBUTOR, INC., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br> NO. 04 DV 10367-GAO |

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS COLUMBIA MANAGEMENT ADVISORS, INC. AND COLUMBIA FUNDS DISTRIBUTOR, INC.

Pursuant to Local Rule 7.3(A), Columbia Funds Distributor, Inc. hereby discloses that it is a subsidiary of Columbia Management Advisors, Inc. ("CMA"). Pursuant to Local Rule 7.3(A), CMA hereby discloses that it is a subsidiary of Columbia Management Group, Inc. ("CMG"). CMG, in turn, is a subsidiary of Fleet National Bank, which is a subsidiary of FleetBoston Financial Corporation.

Respectfully submitted,
COLUMBIA MANAGEMENT ADVISORS, INC.
AND COLUMBIA FUNDS DISTRIBUTOR, INC.
By their attorneys,

*[signature]*

Steven W. Hansen (BBO# 220820)
R. Scott Henderson (BBO# 554821)
**Bingham McCutchen, LLP**
150 Federal Street
Boston, Massachusetts
(617) 951-8000
(617) 951-8736 (Facsimile)

Dated: March 22, 2004

LITDOCS:542956.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon counsel for Plaintiff, Luke T. Cadigan, Esq., Securities and Exchange Commission, 73 Tremont Street, Suite 600, Boston, Massachusetts, by hand on March 22, 2004.

_____
Steven W. Hansen