COURTESY COPY - DO NOT SCAN

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COLUMBIA MANAGEMENT ADVISORS, INC. )<br>and COLUMBIA FUNDS DISTRIBUTOR, INC., )<br>)<br>Defendants. )<br> ) | CIVIL ACTION NO.<br>NO. 04 DV 10367-GAO |

## ASSENTED-TO MOTION OF DEFENDANTS COLUMBIA MANAGEMENT ADVISORS, INC. AND COLUMBIA FUNDS DISTRIBUTOR, INC. FOR ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT

Defendants Columbia Management Advisors, Inc. and Columbia Funds Distributor, Inc., through their undersigned counsel, hereby move this Honorable Court, with the assent of Plaintiffs, for an enlargement of time within which to respond to the Complaint and Jury Demand (the "Complaint") in the above-referenced action. Defendants request that the time within which they may answer, move, or otherwise respond to the Complaint be enlarged to and including April 21, 2004. Defendants request this time to allow the parties to finalize settlement negotiations.

LITDOCS:542738.1

WHEREFORE, Defendants request that this Honorable Court grant their motion for Enlargement of Time, permitting them to answer, move, or otherwise respond to the Complaint on or before April 21, 2004.

> Respectfully submitted,
>
> **COLUMBIA MANAGEMENT ADVISORS, INC. AND COLUMBIA FUNDS DISTRIBUTOR, INC.**
>
> By their attorneys,
>
> _____
> Steven W. Hansen (BBO# 220820)
> R. Scott Henderson (BBO# 554821)
> **Bingham McCutchen, LLP**
> 150 Federal Street
> Boston, Massachusetts
> (617) 951-8000
> (617) 951-8736 (Facsimile)

Dated: March 22, 2004

### LOCAL RULE 7.1(A)(2) CERTIFICATION

Undersigned counsel hereby certifies that he conferred with counsel for Plaintiffs on March 19, 2004, in an attempt to resolve the issue presented in this motion, at which time counsel for Plaintiffs informed counsel for Defendants that Plaintiffs assented to this request for additional time.

_____
Steven W. Hansen

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon counsel for Plaintiffs, Luke T. Cadigan, Esq., Securities and Exchange Commission, 73 Tremont Street, Suite 600, Boston, Massachusetts, by hand on March 22, 2004.

_____
Steven W. Hansen

-2-

LITDOCS:542738.1