UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE COMMISSION, )
)
                Plaintiff, )
)
                                  )    04-CV-10367-MEL
v.                                     )
)
COLUMBIA MANAGEMENT ADVISORS, INC., )
and COLUMBIA FUNDS DISTRIBUTOR, INC.,)
)
                Defendants. )

## ORDER OF RECUSAL

LASKER, D.J.

    I hereby recuse myself from this case in order to avoid a conflict arising from a financial interest.

    See 28 U.S.C. sec. 455(b)(4).

*/s/ Morris E. Lasker*
MORRIS E. LASKER
UNITED STATES DISTRICT JUDGE

By the Court,

Dated: March 25, 2004
       Boston, Massachusetts

/s/ George H. Howarth
    Deputy Clerk