UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COLUMBIA MANAGEMENT ADVISORS, INC. ) <br> and COLUMBIA FUNDS DISTRIBUTOR, INC., ) <br> ) <br> Defendants. ) | CIVIL ACTION <br> NO. 04 CV 10367 |

## ASSENTED-TO MOTION OF DEFENDANTS COLUMBIA MANAGEMENT ADVISORS, INC. AND COLUMBIA FUNDS DISTRIBUTOR, INC. FOR ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT

Defendants Columbia Management Advisors, Inc. and Columbia Funds Distributor, Inc., through their undersigned counsel, hereby move this Honorable Court, with the assent of Plaintiff, for an enlargement of time within which to respond to the Complaint and Jury Demand (the "Complaint") in the above-referenced action. Defendants request that the time within which they may answer, move, or otherwise respond to the Complaint be enlarged to and including June 1, 2004. Defendants request this time to allow the parties to finalize settlement negotiations.

LITDOCS:547479.1

WHEREFORE, Defendants request that this Honorable Court grant their motion for Enlargement of Time, permitting them to answer, move, or otherwise respond to the Complaint on or before June 1, 2004.

Respectfully submitted,

**COLUMBIA MANAGEMENT ADVISORS, INC. AND COLUMBIA FUNDS DISTRIBUTOR, INC.**

By their attorneys,

_____
Steven W. Hansen (BBO# 220820)
R. Scott Henderson (BBO# 554821)
**Bingham McCutchen, LLP**
150 Federal Street
Boston, Massachusetts
(617) 951-8000
(617) 951-8736 (Facsimile)

Dated: April 21, 2004

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon counsel for Plaintiff, Luke T. Cadigan, Esq., Securities and Exchange Commission, 73 Tremont Street, Suite 600, Boston, Massachusetts, by mail on April 21, 2004.

_____
Steven W. Hansen