UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) )   ) Plaintiff, ) ) v. ) ) COLUMBIA MANAGEMENT ADVISORS, INC. ) and COLUMBIA FUNDS DISTRIBUTOR, INC., ) ) Defendants. ) ) | CIVIL ACTION NO. 04 CV 10367 NG |

### ASSENTED-TO MOTION OF DEFENDANTS COLUMBIA MANAGEMENT ADVISORS, INC. AND COLUMBIA FUNDS DISTRIBUTOR, INC. FOR ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT

Defendants Columbia Management Advisors, Inc. and Columbia Funds Distributor, Inc., through their undersigned counsel, hereby move this Honorable Court, with the assent of Plaintiff, for further enlargement of time within which to respond to the Complaint and Jury Demand (the "Complaint") in the above-referenced action. Defendants request that the time within which they may answer, move, or otherwise respond to the Complaint be enlarged to and including July 15, 2004. Defendants request this time to allow the parties to finalize settlement negotiations.

LITDOCS:553376.1

WHEREFORE, Defendants request that this Honorable Court grant their motion for Enlargement of Time, permitting them to answer, move, or otherwise respond to the Complaint on or before July 15, 2004.

Respectfully submitted,

**COLUMBIA MANAGEMENT ADVISORS, INC. AND COLUMBIA FUNDS DISTRIBUTOR, INC.**

By their attorneys,

_/s/ Steven W. Hansen_
Steven W. Hansen (BBO# 220820)
R. Scott Henderson (BBO# 554821)
**Bingham McCutchen, LLP**
150 Federal Street
Boston, Massachusetts
(617) 951-8000
(617) 951-8736 (Facsimile)

Dated: June 1, 2004

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon counsel for Plaintiff, Luke T. Cadigan, Esq., Securities and Exchange Commission, 73 Tremont Street, Suite 600, Boston, Massachusetts, by mail on June 1, 2004.

_/s/ Steven W. Hansen_
Steven W. Hansen