IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COLUMBIA MANAGEMENT ADVISORS, INC. )<br>and COLUMBIA FUNDS DISTRIBUTOR, INC., )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO.<br>NO. 04 CV 10367-GAO |

## NOTICE OF WITHDRAW OF APPEARANCE

Please withdraw the appearance of R. Scott Henderson of Bingham McCutchen LLP as counsel for Defendants Columbia Management Advisors, Inc. and Columbia Funds Distributor, Inc. in this matter. Steven W. Hansen and Bingham McCutchen LLP continue as counsel to Columbia Management Advisors, Inc. and Columbia Funds Distributor, Inc.

Respectfully submitted,

COLUMBIA MANAGEMENT ADVISORS, INC. AND COLUMBIA FUNDS DISTRIBUTOR, INC.

By their attorneys,

_/s/ Steven W. Hansen_
Steven W. Hansen (BBO# 220820)
**Bingham McCutchen, LLP**
150 Federal Street
Boston, Massachusetts
(617) 951-8000
(617) 951-8736 (Facsimile)

LITDOCS/567039.1

Dated: September 8, 2004.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon counsel for Plaintiff, Luke T. Cadigan, Esq., Securities and Exchange Commission, 73 Tremont Street, Suite 600, Boston, Massachusetts, by hand on September 8, 2004.

*/s/ Steven W. Hansen*
Steven W. Hansen

-2-

LITDOCS/567039.1