UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COLUMBIA MANAGEMENT ADVISORS, INC. )<br>and COLUMBIA FUNDS DISTRIBUTOR, INC., )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO.<br>NO. 04 CV 10367-GAO |

ASSENTED-TO MOTION OF DEFENDANTS
COLUMBIA MANAGEMENT ADVISORS, INC. AND
COLUMBIA FUNDS DISTRIBUTOR, INC. FOR
ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER,
MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT

Defendants Columbia Management Advisors, Inc. and Columbia Funds Distributor, Inc., through their undersigned counsel, hereby move this Honorable Court, with the assent of Plaintiffs, for an enlargement of time within which to respond to the Complaint and Jury Demand (the "Complaint"). The parties have reached an agreement in principle and defendants request that the time within which they may answer, move, or otherwise respond to the Complaint be enlarged to and including November 19, 2004. Defendants request this time to allow the parties to complete settlement negotiations and related documentation.

LITDOCS:560583.1

LITDOCS/567017.1

WHEREFORE, Defendants request that the Court grant their motion for Enlargement of Time, permitting them to answer, move, or otherwise respond to the Complaint on or before November 19, 2004.

>Respectfully submitted,
>
>**COLUMBIA MANAGEMENT ADVISORS, INC. AND COLUMBIA FUNDS DISTRIBUTOR, INC.**
>
>By their attorneys,
>
>_____
>Steven W. Hansen (BBO# 220820)
>**Bingham McCutchen, LLP**
>150 Federal Street
>Boston, Massachusetts
>(617) 951-8000
>(617) 951-8736 (Facsimile)

Dated: October 12, 2004

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Undersigned counsel hereby certifies that he conferred with counsel for Plaintiffs on October 12, 2004, in an attempt to resolve the issue presented in this motion, at which time counsel for Plaintiff informed counsel for Defendants that Plaintiff assented to this request for additional time.

>_____
>Steven W. Hansen

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon counsel for Plaintiff, Luke T. Cadigan, Esq., Securities and Exchange Commission, 73 Tremont Street, Suite 600, Boston, Massachusetts, by hand on October 12, 2004.

>_____
>Steven W. Hansen

LITDOCS:560583.1

LITDOCS/567017.1