## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. NO. 04 CV 10367-GAO |
| v. | ) ) | |
| COLUMBIA MANAGEMENT ADVISORS, INC. and COLUMBIA FUNDS DISTRIBUTOR, INC., | ) ) ) | |
| Defendants. | ) ) ) | |

## ASSENTED-TO MOTION OF DEFENDANTS COLUMBIA MANAGEMENT ADVISORS, INC. AND COLUMBIA FUNDS DISTRIBUTOR, INC. FOR ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT

Defendants Columbia Management Advisors, Inc. and Columbia Funds Distributor, Inc., through their undersigned counsel, hereby move this Honorable Court, with the assent of Plaintiffs, for an enlargement of time within which to respond to the Complaint and Jury Demand (the "Complaint"). The parties have reached an agreement in principle and defendants request that the time within which they may answer, move, or otherwise respond to the Complaint be enlarged to and including December 31, 2004. Defendants request this time to allow the parties to complete settlement negotiations and related documentation.

LITDOCS:560583.1

LITDOCS/577555.1

WHEREFORE, Defendants request that the Court grant their motion for Enlargement of Time, permitting them to answer, move, or otherwise respond to the Complaint on or before December 31, 2004.

Respectfully submitted,

**COLUMBIA MANAGEMENT ADVISORS, INC. AND COLUMBIA FUNDS DISTRIBUTOR, INC.**

By their attorneys,

*Steven W. Hansen /mkH*
Steven W. Hansen (BBO# 220820)
**Bingham McCutchen, LLP**
150 Federal Street
Boston, Massachusetts
(617) 951-8000
(617) 951-8736 (Facsimile)

Dated: November 17, 2004

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Undersigned counsel hereby certifies that counsel for Defendants conferred with counsel for Plaintiffs on November 17, 2004, in an attempt to resolve the issue presented in this motion, at which time counsel for Plaintiff informed counsel for Defendants that Plaintiff assented to this request for additional time.

*Steven W. Hansen /mkH*
Steven W. Hansen

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon counsel for Plaintiff, Luke T. Cadigan, Esq., Securities and Exchange Commission, 73 Tremont Street, Suite 600, Boston, Massachusetts, by hand on November 17, 2004.

*Steven W. Hansen /mkH*
Steven W. Hansen

-2-

LITDOCS:560583.1

LITDOCS/577555.1