FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS  A 11: 43

U.S. DISTRICT COURT
DISTRICT OF MASS.

―――――――――――――――――――――――――

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

COLUMBIA MANAGEMENT ADVISORS, INC.
and COLUMBIA FUNDS DISTRIBUTOR, INC.,

        Defendants.

CIVIL ACTION
NO. 04-10367-NMG

―――――――――――――――――――――――――

## STIPULATION OF DISMISSAL

Pursuant to Fed R. Civ. P. 41(a), Plaintiff Securities and Exchange Commission and Defendants Columbia Management Advisors, Inc. and Columbia Funds Distributor, Inc., through their undersigned counsel, hereby stipulate that this action be, and it hereby is, dismissed, with prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | COLUMBIA MANAGEMENT ADVISORS, INC. AND COLUMBIA FUNDS DISTRIBUTOR, INC. |
| By its attorneys, | By their attorneys, |

/s/ Luke T. Cadigan
  Senior Trial Counsel (BBO# 561117)
Celia Moore
  Dep. Asst. Dist. Administrator (BBO# 542136)
David London
  Senior Counsel (BBO# 638289)
73 Tremont Street, Suite 600
Boston, Massachusetts
(617) 573-8919 (Cadigan)
(617) 573-8997 (London)
(617) 424-5940 (Facsimile)

/s/ Steven Hansen
Steven W. Hansen (BBO# 220820)
Bingham McCutchen, LLP
150 Federal Street
Boston, Massachusetts
(617) 951-8000
(617) 951-8736 (Facsimile)

Dated: February 9, 2005